IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY HUGHLEY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-cv-219-TMH |
| | )            WO |
| TROY KING, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #12) to the Recommendation of the Magistrate Judge filed on April 10, 2009 are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #5) filed on March 27, 2009 is ADOPTED.

3. The motion for preliminary injunction (Doc. #1) filed by plaintiff is DENIED.

4. This case is referred back to the magistrate Judge for additional proceedings.

DONE this 20th day of April, 2009.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE