IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY HUGHLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-219-TMH |
| | ) | [wo] |
| TROY KING, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On August 30, 2011, the Magistrate Judge issued a Recommendation (Doc. 72) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation (Doc. 72) is ADOPTED.

2. Defendants' motions for summary judgment (Docs. 24, 36, 44, 46) are GRANTED.

3. This action is DISMISSED with prejudice.

4. Any other outstanding motions are denied as moot.

DONE this 27th day of September, 2011.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE